UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TOYIA MAYHEW CAMPBELL** | ) | CASE NO.: **26-41495-PWB** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor has filed a "Motion to Extend the Automatic Stay," and related papers with the Court seeking an order continuing the Automatic Stay of 11 U.S.C. Section 362(a) beyond the thirty-day limit set forth in 11 U.S.C. Section 362(c)(3)(A) as to all applicable entities until the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:30 A.M.** on **September 30, 2026,** in **Room 342 U.S. Courthouse, 600 East First Street Rome, GA 30161,** which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 4, 2026

/s/

Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree Street NE
Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **VERNON ALLEN BYERS** | ) | CASE NO.: **26-60867-PWB** |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor, Vernon Allen Byers asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty days against all creditors and show the Court the following:

1.

On September 4, 2026, Debtor filed a Voluntary Petition for bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed one previous bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3), Chapter 13 Case Number 26-40820-pwb was filed on May 14, 2026 in the Northern District of Georgia, Rome Division and dismissed on September 1, 2026 for failure to make plan payments.

3.

Debtor filed the instant case in good faith in an effort to obtain the protections of the automatic stay.

4.

There has been a change in circumstances since the previous case was dismissed. Debtor's previous case was dismissed for failure to make payments. Debtor's prior bankruptcy case was dismissed because Debtor was unable to timely make a required payment after Debtor was furloughed from her job. Now, Debtor has stable employment, and Debtor is prepared and able to maintain the required payments in the current Chapter 13 case. Debtor is fully committed to maintaining her Trustee payments and making all future payments on time and successfully completing her Chapter 13 case.

5.

Extension of the automatic stay will not harm the creditors. In the instant case, Debtors have proposed to pay $700.00 per month through the Chapter 13 Plan.

6.

Debtor has filed the instant case in good faith. Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay. Debtor asks the Court to allow him the opportunity to be successful in his current Chapter 13 case in an effort to catch up on arrearages.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended beyond thirty days against all creditors.

Dated: September 4, 2026

/s/
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree Street NE
Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **VERNON ALLEN BYERS** | ) | CASE NO.: **26-60867-PWB** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the September 4, 2026, I electronically filed the foregoing Motion to Extend Automatic Stay and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Toyia Mayhew Campbell
72 Brook Valley Commons
Dallas, GA 30157

Mid-Atlantic Finance Company Inc.
4592 Ulmerton Road
Clearwater FL 33762

Mid-Atlantic Finance Company Inc.
c/o C T CORPORATION SYSTEM, Reg. Agent
289 S Culver St, Lawrenceville, GA, 30046-4805

E&S Auto Paisano
2115 Nolensville Pk
Nashville TN 37211

E&S Auto Paisano dba AUTO PAISANO, INC
c/o AUTO PAISANO, INC
Reg. Agent
2115 NOLENSVILLE PIKE,
NASHVILLE, TN 37211

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*See attached for additional creditors served*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: September 4, 2026

/s/_______________________
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree Street NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

Label Matrix for local noticing
113E-4
Case 26-41495-pwb
Northern District of Georgia
Rome
Fri Sep 4 12:52:20 EDT 2026

A+ LOANS
1352 LAKEWOOD AVE SE
ATLANTA, GA 30315-2336

Buckeye Check Cashing of Tennessee, LLC
2312 E. Trinity Mills Rd Ste 100
Carrollton, TX 75006-1955

CHIME/STRIDE BANK NA
PO Box 3448
Enid, OK 73702-3448

Toyia Mayhew Campbell
72 Brook Valley Commons
Dallas, GA 30157-1619

Capital One
PO Box 85064
Glen Allen, VA 23058

Cash1
2710 Wilma Rudolph Blvd
Clarksville, TN 37040-6153

DEPT OF ED/AIDVANTAGE
P.O Box 300001
Greenville, TX 75403-3001

(p)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVL TRIAL SECTION SOUTHERN REGION
P O BOX 14198
WASHINGTON DC 20044-4198

E&S Auto Paisano
2115 Nolensville Pk
Nashville, TN 37211-2022

EXTRA
195 BROADWAY FL 25
NEW YORK, NY 10007-3123

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service - Atl
401 West Peachtree St NW Room 1665
ATTN: Ella Johnson, M/S 334-D
Atlanta, GA 30308

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MONEYLION INC
PO BOX 1547
SANDY, UT 84091-1547

Mid Atlantic Finance C
15201 ROOSEVELT BLVD STE
CLEARWATER, FL 33760-3559

Mid-Atlantic Finance Company Inc
4592 Ulmerton Road
Clearwater, FL 33762-4107

Mutual Savings Credit
1219 CAROLINE ST NE
ATLANTA, GA 30307

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Office Of The United States Trustee
75 Ted Turner Dr Sw
Atlanta, GA 30303-3315

(p)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

Progress Residential
1165 Northchase Pkwy Se
Marietta, GA 30067-6422

Progress Residential
7500 N. Dobson Rd
Scottsdale, AZ 85256-2727

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

Tennessee Quick Cash, Inc
799 W Main St
Attn: Stephanie Jungman
Hendersonville, TN 37075-2157

Aaron Weinberg
Semrad Law Firm LLC
Suite 3285
191 Peachtree Street NE
Atlanta, GA 30303-1740

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department Of Justice, Tax Division
75 Ted Turner Drive Sw
Civil Trial Section, Southern
Atlanta, GA 30303

Farmers Home Furniture
1841 N Columbia Street
Milledgeville, GA 31061

Georgia Department Of Revenue
1800 Century Blvd NE Ste 9100, c/o J. Ho
Atlanta, GA 30345

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

Office Of The Attorney General - Atl
40 Capitol Square, SW
Atlanta, GA 30334

Possible Financial Inc
2231 1ST AVE STE B
SEATTLE, WA 98121

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 28 |
| Bypassed recipients | 0 |
| Total | 28 |