UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**REQUEST FOR**
**CHANGE OF ADDRESS**

CASE NAME: Toyia Mayhew Campbell

CASE NO. 26-41495 JUDGE: PWB CHAPTER 13

CHANGE FOR

DEBTOR __X___ CREDITOR ______ ATTORNEY _______ (for) Debtor_____
Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE: October 19, 2026

BAR I.D. NUMBER: 834602

NAME: Toyia Mayhew Campbell

NEW ADDRESS: 53 Burlington Road NE,
Rome, Georgia 30161

*********************************************************

NAME: Toyia Mayhew Campbell

OLD ADDRESS: 72 Brook Valley Commons,
Dallas, Georgia 30157

THIS CHANGE OF ADDRESS WAS FURNISHED BY: Paige N. Pierson /s/

DATE: October 19, 2026