**IT IS ORDERED as set forth below:**

**Date: October 9, 2026**

_________________________________

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 26-41495-PWB |
| **TOYIA MAYHEW CAMPBELL,** | CHAPTER 13 |
| Debtor. | IN PROCEEDINGS UNDER THE BANKRUPTCY CODE |

**ORDER CONTINUING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)**

Because a previous bankruptcy case of the Debtor was pending within one year of the filing of this case, the automatic stay of 11 U.S.C. §362(a) terminates 30 days after filing of the case to the extent set forth in 11 U.S.C. §362(c)(3)(A) unless the Court orders its continuation pursuant to 11 U.S.C. §362(c)(3)(B). The Debtor filed a motion asserting that the filing of this case is in good faith and requesting that the stay be continued.

The record reflects that creditors have received notice of the motion and an opportunity to be heard at a hearing concluded within 30 days of the filing of the case. For cause shown based on the record of this case and as determined at the hearing on the motion, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay of 11 U.S.C. §362(a) is hereby continued as to all creditors.

The Clerk shall mail a copy of this Order to all parties in interest in this case.

END OF DOCUMENT

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-41495-pwb
Toyia Mayhew Campbell Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: pdf603 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Toyia Mayhew Campbell, 72 Brook Valley Commons, Dallas, GA 30157-1619 |
| | + | E&S Auto Paisano/dba AUTO PAISANO, c/o AUTO PAISANO, INC, 2115 NOLENSVILLE PIKE, NASHVILLE, TN 37211-2022 |
| 26094589 | + | A+ LOANS, 1352 LAKEWOOD AVE SE, ATLANTA, GA 30315-2336 |
| 26094604 | + | Cash1, 2710 Wilma Rudolph Blvd, Clarksville, TN 37040-6153 |
| 26094602 | + | E&S Auto Paisano, 2115 Nolensville Pk, Nashville, TN 37211-2022 |
| 26094595 | | Mutual Savings Credit, 1219 CAROLINE ST NE, ATLANTA, GA 30307 |
| 26094609 | + | Progress Residential, 1165 Northchase Pkwy Se, Marietta, GA 30067-6422 |
| 26094605 | + | Tennessee Quick Cash, Inc, 799 W Main St, Attn: Stephanie Jungman, Hendersonville, TN 37075-2157 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 27 2026 19:51:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Oct 27 2026 19:51:00 | U.S. Trustee, Office of the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, AZ 85003-1725 |
| | | Email/Text: bkmaf@midfinance.com | Oct 27 2026 19:50:00 | Mid-Atlantic Finance Company, c/o C T CORPORATION SYSTEM, 289 S Culver St, Lawrenceville, GA 30046-4805 |
| 26094607 | + | Email/Text: bkinfo@ccfi.com | Oct 27 2026 19:51:00 | Buckeye Check Cashing of Tennessee, LLC, 2312 E. Trinity Mills Rd Ste 100, Carrollton, TX 75006-1955 |
| 26094590 | ^ | MEBN | Oct 27 2026 19:42:55 | CHIME/STRIDE BANK NA, PO Box 3448, Enid, OK 73702-3448 |
| 26094597 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 19:52:48 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 26094600 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 27 2026 19:52:53 | DEPT OF ED/AIDVANTAGE, P.O Box 300001, Greenville, TX 75403-3001 |
| 26094584 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Oct 27 2026 19:50:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 26094591 | ^ | MEBN | Oct 27 2026 19:43:04 | EXTRA, 195 BROADWAY FL 25, NEW YORK, NY 10007-3123 |
| 26094592 | | Email/Text: corporatecredit@farmersfurniture.com | Oct 27 2026 19:51:00 | Farmers Home Furniture, 1841 N Columbia Street, Milledgeville, GA 31061 |
| 26094599 | | Email/Text: brnotices@dor.ga.gov | Oct 27 2026 19:51:00 | Georgia Department Of Revenue, 1800 Century |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 26094598 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 19:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 26094608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2026 19:51:00 | Jefferson Capital System, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 26144984 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2026 19:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 26094594 | + | Email/Text: bankruptcy@moneylion.com | Oct 27 2026 19:51:00 | MONEYLION INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 26094593 | + | Email/Text: bkmaf@midfinance.com | Oct 27 2026 19:50:00 | Mid Atlantic Finance C, 15201 ROOSEVELT BLVD STE, CLEARWATER, FL 33760-3559 |
| 26161597 | + | Email/Text: bkmaf@midfinance.com | Oct 27 2026 19:50:00 | Mid-Atlantic Finance Co., Inc., 4592 Ulmerton Road, Suite 200, Clearwater, FL 33762-4107 |
| 26094606 | + | Email/Text: bkmaf@midfinance.com | Oct 27 2026 19:50:00 | Mid-Atlantic Finance Company Inc, 4592 Ulmerton Road, Clearwater, FL 33762-4107 |
| 26094588 | | Email/Text: bankruptcy@law.ga.gov | Oct 27 2026 19:50:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 26094587 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 27 2026 19:51:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 26094596 | | Email/Text: bankruptcy@possiblefinance.com | Oct 27 2026 19:50:00 | Possible Financial Inc, 2231 1ST AVE STE B, SEATTLE, WA 98121 |
| 26101550 | + | Email/Text: bknotices@progressresidential.com | Oct 27 2026 19:51:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 26094603 | + | Email/Text: bknotices@progressresidential.com | Oct 27 2026 19:51:00 | Progress Residential, 7500 N. Dobson Rd, Scottsdale, AZ 85256-2727 |
| 26094586 | ^ | MEBN | Oct 27 2026 19:42:47 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 26095638 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 27 2026 19:51:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | E&S Auto Paisano, 2115 Nolensville Pk, Nashville TN 37211-2022 |
| | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| | *+ | Mid-Atlantic Finance Company, Inc., 4592 Ulmerton Road, Clearwater FL 33762-4107 |
| | *+ | Toyia Mayhew Campbell, 72 Brook Valley Commons, Dallas, GA 30157-1619 |
| 26094601 | *+ | DEPT OF ED/AIDVANTAGE, P.O Box 300001, Greenville, TX 75403-3001 |
| 26094585 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Weinberg | on behalf of Debtor Toyia Mayhew Campbell ganb.courtview@slfcourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 9 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Toyia Mayhew Campbell ppierson@semradlaw.com ganb.courtview@SLFCourtview.com |

TOTAL: 4