**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Toyia Mayhew Campbell | ) | CASE NO. 26-41495-pwb |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | Judge Paul W. Bonapfel |
| | ) | |
| | ) | |
| Progress Residential Borrower 9, LLC | ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Toyia Mayhew Campbell, Debtor; and | ) | |
| | ) | |
| K. Edward Safir, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On October 5, 2026, Progress Residential Borrower 9, LLC (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay (Doc. No. 18) (the “Motion”). The Motion concerns rented real property known as 72 Brookvalley Cmns, Dallas GA 30157 (the "Property"). A

hearing on said Motion was held on October 20, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee. Trustee, herein, states in not opposing the instant relief, believes to not have any interest in the Property to surrender or abandon.

The Court, having considered the Motion and all other matters of record, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law including, but not limited to, the right for Movant to proceed with a dispossessory action and judgment to obtain possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342

Email: mft@tottenfirm.com

**No Opposition:**
/s/ Brandi L. Kirkland (w/ exp perm)
Brandi L. Kirkland
GA BAR NO. 423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE

Toyia Mayhew Campbell, Debtor
72 Brookvalley Cmns
Dallas GA 30157