UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TOYIA MAYHEW CAMPBELL, | { CHAPTER 13 |
| | { |
| DEBTOR | { CASE NO. R26-41495-PWB |
| | { |
| | { JUDGE BONAPFEL |

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The proposed plan fails to provide for the treatment of Americas Car-Mart, Inc. However, said creditor has filed a secured claim.

2. Schedule H fails to provide complete Co-Debtor information for the debt owed to Americas Car-Mart, Inc.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

/s/
Brandi L. Kirkland, Attorney
for the Chapter 13 Trustee
GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R26-41495-PWB

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Semrad Law Firm, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Toyia Mayhew Campbell
53 Burlington Road, NE
Rome, GA 30161

This 4th day of November, 2026

Respectfully submitted,

_____________/s/_________
Brandi L. Kirkland, Attorney
for the Chapter 13 Trustee
GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com