**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: | |
| Toyia Mayhew Campbell | CASE NO. 26-41495-pwb<br>CHAPTER 13 |
| Debtor. | Judge Paul W. Bonapfel |
| Progress Residential Borrower 9, LLC | CONTESTED MATTER |
| Movant. | |
| V. | |
| Toyia Mayhew Campbell, Debtor; and | |
| K. Edward Safir, Trustee | |
| Respondents. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On October 5, 2026, Progress Residential Borrower 9, LLC (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay (Doc. No. 18) (the “Motion”). The Motion concerns rented real property known as 72 Brookvalley Cmns, Dallas GA 30157 (the "Property"). A

hearing on said Motion was held on October 20, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee. Trustee, herein, states in not opposing the instant relief, believes to not have any interest in the Property to surrender or abandon.

The Court, having considered the Motion and all other matters of record, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law including, but not limited to, the right for Movant to proceed with a dispossessory action and judgment to obtain possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342

Email: mft@tottenfirm.com

**No Opposition:**

/s/ Brandi L. Kirkland (w/ exp perm)
Brandi L. Kirkland
GA BAR NO. 423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE

Toyia Mayhew Campbell, Debtor
72 Brookvalley Cmns
Dallas GA 30157

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-41495-pwb
Toyia Mayhew Campbell Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 1
Date Rcvd: Nov 03, 2026 Form ID: pdf401 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Toyia Mayhew Campbell, 53 Burlington Road NE, Rome, GA 30161-2601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| | | Matthew Totten, Esq.&line_sep;THE TOTTEN FIRM, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Aaron Weinberg | on behalf of Debtor Toyia Mayhew Campbell ganb.courtview@slfcourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 9 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Toyia Mayhew Campbell ppierson@semradlaw.com ganb.courtview@SLFCourtview.com |

TOTAL: 4